# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Jeffry Brown,<br><br>    Plaintiff,<br><br> v.<br><br>Global CashSpot Corp.,<br><br>    Defendant. | CASE NO.: 2:17-cv-02180-JAD-GWF<br><br>**JOINT STIPULATION AND ORDER OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly agree to the dismissal of this action with prejudice. The parties further jointly agree to bear their own costs, disbursements, and attorney fees.

Dated: May 18, 2018.

**Business Law Center, PLC**

By: /Steven E. Ness/
Steven E. Ness
12800 Whitewater Drive, Suite 100
Minnetonka, MN  55343
(952) 943-3939


___/Pamela A. McKay/_____
Pamela A. McKay (local counsel)
9320 Sun City Blvd., Suite 104
Las Vegas, NV 89134
(702) 835-6956

**HOLLEY DRIGGS WALCH
FINE WRAY PUZEY & THOMPSON**

By: /F. Thomas Edwards/
F. THOMAS EDWARDS, ESQ.
Nevada Bar No. 9549
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
tedwards@nevadafirm.com


Based on the parties' stipulation **[ECF No. 42]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 29, 2018